THE STATE OF NEW JERSEY, RESPONDENT, v. LEWIS R. HOGAN, DEFENDANT-APPELLANT.

Argued January 3, 1949—Decided February 14, 1949.

376

*Mr. Harry Green* argued the cause for the defendant-appel-lant (*Mr. Philip L. Lipman,* attorney).

*Mr. Joseph B. Perskie,* Deputy Attorney General, argued the cause for the respondent.

PER CURIAM. We are in accord with the opinion of Mr. Justice Burling, speaking for the former Supreme Court, with this qualification. With respect to the introduction of neutral-ization testimony the opinion states "The control of this ex-amination is within the discretion of the trial court," citing *State v. D'Adame,* 84 *N. J. L.* 386 *(E. & A.* 1913*); State v. Kysilka,* 85 *N. J. L.* 712 *(E. & A.* 1913*)* and *State v. Guida,* 118 *N. J. L.* 289 *(Sup. Ct.* 1937*),* aff'd 119 *N. J. L.* 464 *(E. & A.* 1937*).*

While the admission and extent of neutralization testimony is discretionary with the court such discretion is not of an arbitrary or absolute character but a legal discretion. It re-lates to the question of whether, under the particular facts and circumstances of the case, justice requires that the evidence be admitted. As said by Lord Mansfield legal discretion means "sound discretion, guided by law," and not by whim or humor. *LaBell v. Quasdorf,* 116 *N. J. L.* 368 *(Sup. Ct.* 1936*).*

The judgment of the former Supreme Court is affirmed.

*For affirmance:* Chief Justice VANDERBILT and Justices HE-HER, OLIPHANT and ACKERSON—4.

*For reversal:* Justice WACHENFELD—1.